# SILLS CUMMIS EPSTEIN & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

Scott B. Murray
Associate
ADMITTED IN NJ, PA & DC
Direct Dial: (973) 643-5388
E-mail: smurray@sillscummis.com

399 Park Avenue
New York, NY 10022
Tel: 212-643-7000
Fax: 212-643-6550

December 22, 2004

**Electronically Filed December 22, 2004**
**Courtesy Copy To Chambers By Overnight Mail**

Hon. Michael L. Orenstein, U.S.M.J.
United States District Court
Eastern District New York
100 Federal Plaza
Central Islip, New York 11722

Re:   **Worldhomecenter.com, Inc. v. Rohl LLC, Case No. 03-CV-6104**

Dear Judge Orenstein:

Please accept this letter on behalf of defendant Rohl LLC ("Rohl"), as agreed to by Plaintiff Worldhomecenter.com, regarding the status conference scheduled for December 23, 2004 at 3:00pm before your Honor. As per the Court's order, the parties write to inform the Court that the status conference scheduled for tomorrow will not be necessary, as the parties have reached agreement regarding any confidentiality designation disputes.

In addition, as further required by the Court, the parties have agreed to the following tentative schedule for party depositions, pending confirmation of various witnesses' schedules:

Prior to January 14, 2004:   Mark Rohl in New York, New York;

Week of January 24, 2004:   Rohl witnesses in Costa Mesa, California;

Week of January 31, 2004:   Worldhomecenter.com witnesses in New York, New York

Therefore, if this letter meets with the Court's approval, the parties respectfully request that the Court adjourn the status hearing scheduled for tomorrow, December 23, 2004, to a future date and time of its convenience.

Respectfully submitted,

SCOTT B. MURRAY

Agreed:
Lawrence R. Lonergan, Esq.
Counsel for Plaintiff Worldhomecenter.com