UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

WORLDHOMECENTER.COM, INC.

        Plaintiff,

v.

ROHL LLC,

        Defendant.

Case No. 03-CV-6104 (LDW)(MLO)

**STIPULATION FOR EXTENSION OF TIME TO DESIGNATE DOCUMENTS PRODUCED ON DECEMBER 6, 2004 AS CONFIDENTIAL**

---

IT IS HEREBY stipulated and agreed that the Parties' time to designate documents that were produced on December 6, 2004, or any portion thereof, as confidential pursuant to paragraph 2(b) of the Court's Confidentiality Order entered on December 1, 2004 herein, which was previously extended by stipulation of the parties from January 6, 2005 through and including January 10, 2005, is further extended through and including January 14, 2005.

Dated: January 10, 2005

SILLS CUMMIS EPSTEIN & GROSS P.C.
399 Park Avenue
New York, New York 10022
(212) 643-7000
Attorneys for Defendant
Rohl LLC

By: _____
SCOTT B. MURRAY
(Admitted *Pro Hac Vice*)

LAW OFFICES OF LAWRENCE R. LONERGAN
275 Seventh Avenue, 25th Floor
New York, New York 10001
(212) 206-9071
Attorney for Plaintiff
Worldhomecenter.com, Inc.

By: _____
LAWRENCE R. LONERGAN
(LL-4744)