**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WORLDHOMECENTER.COM, INC. | |
| Plaintiff, | Case No. 03-CV-6104 (LDW)(MLO) |
| v. | |
| ROHL LLC, | **STIPULATION OF DISMISSAL** |
| | **WITH PREJUDICE AND WITHOUT** |
| Defendant. | **COSTS TO EITHER PARTY** |

**IT IS HEREBY** stipulated and agreed that this action be and hereby is dismissed *with*

*prejudice* and without costs against either party.

Dated:  April 26, 2005

SILLS CUMMIS EPSTEIN & GROSS P.C.        LAW OFFICES OF LAWRENCE R. LONERGAN
30 Rockefeller Plaza                                      275 Seventh Avenue, 25th Floor
New York, New York 10112                           New York, New York 10001
(212) 643-7000                                             (212) 206-9071
Attorneys for Defendant                               Attorney for Plaintiff
Rohl LLC                                                      Worldhomecenter.com, Inc.

By:_____          By:_____
    SCOTT B. MURRAY                            LAWRENCE R. LONERGAN
    (Admitted *Pro Hac Vice*)                    (LL-4744)