FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 02 2005 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COURTESY COPY

ORIGINAL FILED ELECTRONICALLY

| WORLDHOMECENTER.COM, INC. | |
|---|---|
| Plaintiff, | Case No. 03-CV-6104 (LDW)(MLO) |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY |
| ROHL LLC, | |
| Defendant. | |

**IT IS HEREBY** stipulated and agreed that this action be and hereby is dismissed *with prejudice* and without costs against either party.

Dated: April 26, 2005

SILLS CUMMIS EPSTEIN & GROSS P.C.
30 Rockefeller Plaza
New York, New York 10112
(212) 643-7000
Attorneys for Defendant
Rohl LLC

By: _____
SCOTT B. MURRAY
(Admitted *Pro Hac Vice*)

LAW OFFICES OF LAWRENCE R. LONERGAN
275 Seventh Avenue, 25th Floor
New York, New York 10001
(212) 206-9071
Attorney for Plaintiff
Worldhomecenter.com, Inc.

By: _____
LAWRENCE R. LONERGAN
(LL-4744)

So Ordered:

Central Islip, N.Y.
5/2/05